UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANGIE JOHJANA PATINO ORELLANA,<br><br>Petitioner,<br><br>v.<br><br>ADAM BERGERON, Field Office Director,<br>USCIS Providence Field Office, et al.<br><br>Defendants. | Civil Action No.<br>CV-18-402-JJM |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to the terms of a Stipulation and Agreement to settle and resolve this matter dated September 24, 2018, Petitioner ANGIE JOHJANA PATINO ORELLANA and Defendants/Respondents ADAM BERGERON, DENIS RIORDAN, LEE CISSNA, KIRSTJEN NIELSEN AND JEFFERSON B. SESSIONS, III ("Respondents") hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and all claims asserted therein by Petitioner against Respondents, are voluntarily dismissed in their entirety, with prejudice, with each party to bear its own fees, costs, and expenses.

ANGIE JOHJANA PATINO ORELLANA

By her attorneys:
GONZALEZ LAW OFFICES, INC.

By: _____
Zachary K. Lyons, Esq. (Bar No. 9796)
450 Warren Avenue
East Providence, RI 02914
(401) 432-7500
zlyons@robertogonzalezlaw.com

Dated: September 24, 2018

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES

STEPHEN G. DAMBRUCH
United States Attorney

By: _____
Zachary A. Cunha (Bar No. 7855)
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
Zachary.Cunha@usdoj.gov

Dated: September 25, 2018

SO ORDERED:

_____ Dated: 9/25, 2018
Hon. John J. McConnell, Jr.
United States District Judge, District of Rhode Island